IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CR-00068-F-4

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEXIS CALIXTRO-CASAS, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion to Approve Additional Fees for Spanish Language/Interpreting Services [DE-120]. In his motion, Defense counsel requests additional funds for Spanish interpretation, but the request is deficient because there is not even a rough estimate regarding the amount of additional funds that will be necessary. Consequently, Defendant's Motion to Approve Additional Fees for Spanish Language/Interpreting Services [DE-120] is DENIED without prejudice to renew.

SO ORDERED.

This, the 2 Y day of February, 2016.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge